George L. Sparberg, Appellee, v. Isadore Cohen et al.,
Appellants.

Gen. No. 41,762.

opinion filed January 19, 1942; rehearing denied
February 2, 1942. James B. Cashin and George N. Kotin, for appellants; Leon N. Miller, for appellee. Opinion by PRESIDING JUSTICE McSURELY. "Not to be published in full."